United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30306
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN FRANCISCO VAZQUEZ URIBE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:05-CR-30005
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Juan Francisco Vazquez Uribe appeals his 210-month sentence for possession with intent to distribute five kilograms or more of cocaine hydrochloride and 50 grams or more of methamphetamine or 500 grams or more of a mixture or a substance containing methamphetamine. Vazquez Uribe argues that the district court clearly erred in denying him a mitigating role adjustment pursuant to U.S.S.G. § 3B1.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Vazquez Uribe was found transporting a large quantity of narcotics and took affirmative steps to conceal the narcotics in his vehicle.  Given these facts and this court's precedent indicating that status as a courier does not require application of the mitigating role adjustment, the district court did not clearly err in denying Vazquez Uribe an adjustment under § 3B1.2. See United States v. Gallegos, 868 F.2d 711, 712-13 (5th Cir. 1989); United States v. Buenrostro, 868 F.2d 135, 138 (5th Cir. 1989).  Accordingly, the judgment of the district court is AFFIRMED.